UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL BROWN,

                    Petitioner,

        -against-

STATE OF NEW YORK,

                    Respondent.

20-CV-5280 (CM)

CIVIL JUDGMENT

       Pursuant to the order issued August 17, 2020, dismissing the petition,

       IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 17, 2020
           New York, New York

                                                  COLLEEN McMAHON
                                         Chief United States District Judge